UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Benjamin Carlson,<br><br>  Plaintiff,<br><br>v.<br><br>University of Northwestern – St. Paul,<br><br>Jeff Snyder, in his individual and official capacity as Dean of Student Life of University of Northwestern – St. Paul,<br><br>Brian Sherrer, in his individual and official capacity as campus security officer at University of Northwestern – St. Paul,<br><br>The City of Roseville, and John Does #1, #2, and #3, in their individual and official capacities as City of Roseville police officers,<br><br>  Defendants. | Case No.  23-CV-00577 JRT/ECW<br><br>**ORDER** |

This case is before the Court on the Stipulation Extending Time for Defendants to Answer or Otherwise Respond to the Complaint.  Having considered the Stipulation, **IT IS ORDERED** that the Defendants shall have until and including July 11, 2023, to answer or otherwise respond to the Complaint.


Dated:   June 26, 2023              _s/Elizabeth Cowan Wright_
                                                             ELIZABETH COWAN WRIGHT
                                                             United States Magistrate Judge