# SCOTT W. SWANSON
LAWYER

January 25, 2024

Honorable Jeffrey M. Bryan
U.S. District Court Judge
U.S. District Court – Minnesota

Via ECF only

Re:   *Carlson vs. University of Northwestern – St. Paul, et al.*
      Case No. 23-CV-0577 JMB – ECW

Dear Judge Bryan,

I represent the Plaintiff, Ben Carlson, in the above matter, and am writing to comply with the Court's order, dated January 5, 2024.

By way of brief procedural background, after the Defendants were served, counsel for the parties agreed to an indefinite extension for the Defendants to answer Mr. Carslon's complaint. In the meantime, we've also engaged in some informal discovery, which gave me and Mr. Carlson some access to information and documents from the City of Roseville that previously were unavailable to us. We have reviewed that information and have been assessing how that information and documentation may affect Mr. Carlson's case.

In light of the Court's order and to avoid an involuntary dismissal, I suggest the following: I will advise counsel for each Defendant that the extension is lifted; counsel for the Defendants will either serve/file an answer to the complaint or they may bring a motion to dismiss on the pleadings. I also hereby request that this matter be set for a settlement conference with Magistrate Judge Wright, as I believe this matter might be settled without the need for much further litigation.

 By copy of this letter served via ECF, counsel for the Defendants will have been advised that I am requesting that they now formally respond to Mr. Carlson's complaint.

Please reach out to me with any questions or concerns.

Sincerely,

*s/Scott Swanson*

Scott W. Swanson