UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Benjamin Carlson,<br><br>        Plaintiff,<br><br>v.<br><br>University of Northwestern – St. Paul,<br><br>Jeff Snyder, in his individual and official capacity as Dean of Student Life of University of Northwestern – St. Paul,<br><br>Brian Sherrer, in his individual and official capacity as campus security officer at University of Northwestern – St. Paul,<br><br>The City of Roseville, and John Does #1, #2, and #3, in their individual and official capacities as City of Roseville police officers,<br><br>        Defendants. | Case No.  23-cv-00577 JMB/ECW<br><br>**ORDER** |

This case is before the Court on the Stipulation Extending Time for Defendants to Answer or Otherwise Respond to the Complaint (Dkt. 23).  Having considered the Stipulation, **IT IS ORDERED** that Defendants shall have until and including February 24, 2024 to answer or otherwise respond to the Complaint.

Dated: January 29, 2024            *s/Elizabeth Cowan Wright*
                                                      ELIZABETH COWAN WRIGHT
                                                      United States Magistrate Judge