UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Benjamin Carlson,

        Plaintiff,

v.

University of Northwestern – St. Paul; Jeff Snyder *in his individual and official capacity as Dean of Student Life of University of Northwestern – St. Paul;* Brian Sherrer *in his individual and official capacity as a campus security officer at University of Northwestern – St. Paul*; The City of Roseville; John Does #1, #2, and #3, *in their individual and official capacities as City of Roseville police officers,*

        Defendants.

Case No. 23-CV-00577 (JMB/ECW)

**ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff Benjamin Carlson's and Defendants University of Northwestern – St. Paul's, Jeff Snyder's, Brian Sherrer's, The City of Roseville's and the John Does' Joint Stipulation for Dismissal. (Doc. No. 39.) Plaintiff wishes to dismiss their Complaint (Doc. No. 1) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, IT IS HEREBY ORDERED that the Complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 15, 2024

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court